No. 1017, Misc. MITCHELL *v.* BLACKWELL, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 1046, Misc. VACCARO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1082, Misc. WATSON *v.* ARIZONA. Supreme Court of Arizona. Certiorari denied.

No. 1083, Misc. TORRES *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 1086, Misc. GLYNN *v.* RICHMOND, WARDEN. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 1087, Misc. WEBER *v.* DIVISION OF PAROLE OF THE STATE OF NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1088, Misc. BUTLER *v.* DAY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 1094, Misc. MUMMIANI *v.* SILBERGLITT, WARDEN, ET AL. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 1104, Misc. FUENTES *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.